UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CASSIE J. POOLE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 1:18-cv-03823 |
| § | |
| I.C. SYSTEM, INC. § | |
| § | |
| Defendant. § | |

**DEFENDANT I.C. SYSTEM, INC.'S**
**ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant I.C. System, Inc. ("Defendant") and files this Answer to Plaintiff's Amended Complaint, and will show onto this Court as follows:

**NATURE OF THE ACTION**

1. Defendant admits Plaintiff brings this case pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq*. ("FDCPA"), and the Indiana Deceptive Consumer Sales Act, I.C. 24-5-0.5 *et seq*. ("IDCSA"). Defendant denies any violation of these statutes occurred.

**JURISDICTION AND VENUE**

2. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 2, and therefore it denies the same.

3. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 3, and therefore it denies the same.

**PARTIES**

4. Defendant admits Plaintiff is a natural person. Defendant lacks knowledge or information

sufficient to admit or deny the remainder of Paragraph 4, and therefore it denies the same.

5. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 5, and therefore it denies the same.

6. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 6, and therefore it denies the same.

7. Defendant admits Paragraph 7.

8. Defendant admits Paragraph 8.

9. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 9, and therefore it denies the same.

10. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 10, and therefore it denies the same.

## FACTS SUPPORTING CAUSES OF ACTION

11. Defendant admits it sent a letter to Plaintiff on or around November 5, 2018. Defendant admits that Exhibit A appears to be a copy of that letter.

12. Defendant admits Paragraph 12.

13. Defendant admits it made phone calls to Plaintiff in November 2018. Defendant lacks knowledge or information sufficient to admit or deny the remainder of Paragraph 13, and therefore it denies the same.

14. Defendant admits Paragraph 14.

15. Defendant admits it attempted to make multiple phone calls to Plaintiff in November 2018. Defendant does not know what phone number Plaintiff alleges to own, and therefore cannot specify how many times Defendant made phone calls to Plaintiff's phone number.

16. Defendant admits it called Plaintiff on November 28, 2018.

17. Defendant admits Paragraph 17.

18. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 18, and therefore it denies the same.

19. Defendant admits that any letter it sent to Plaintiff included all statutorily required disclosures.

20. Defendant admits its agent contacted Plaintiff regarding the debt. Defendant denies that any communication it had with Plaintiff violated any applicable statutes.

21. Defendant admits that Plaintiff stated she could not currently pay the debt. Defendant denies the remainder of Paragraph 21.

22. Defendant denies Paragraph 22.

23. Defendant denies Paragraph 23.

24. Defendant denies Paragraph 24.

25. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 25, and therefore it denies the same.

## DAMAGES

26. Defendant denies Paragraph 26.

27. Defendant denies Paragraph 27.

28. Defendant denies Paragraph 28.

29. Defendant denies Paragraph 29.

30. Defendant denies Paragraph 30.

## GROUNDS FOR RELIEF

### COUNT I
### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. §§ 1692e, e(5), e(10), f and g(b)

31.   Defendant reincorporates the preceding paragraphs as if fully set out herein.

32.   Defendant denies Paragraph 32 as an incomplete and/or inaccurate statement of law.

33.   Defendant denies Paragraph 33.

34.   Defendant denies Paragraph 34.

35.   Defendant lacks knowledge or information sufficient to admit or deny Paragraph 35, and therefore it denies the same.

36.   Defendant admits it is familiar with the FDCPA. Defendant denies that it violated any provisions of the FDCPA.

37.   Defendant denies Paragraph 37.

## COUNT II
## VIOLATIONS OF THE INDIANA DECEPTIVE CONSUMER SALES ACT
### I.C. 24-5-0.5-3(a) and (b)(20)

38.   Defendant reincorporates the preceding paragraphs as if fully set out herein.

39.   Defendant denies Paragraph 37 as an incomplete and/or inaccurate statement of law.

40.   Defendant lacks knowledge or information sufficient to admit or deny Paragraph 40, and therefore it denies the same.

41.   Defendant denies Paragraph 41.

42.   Defendant denies Paragraph 42.

43.   Defendant denies Paragraph 43.

44.   Defendant denies Paragraph 44.

## PRAYER FOR RELIEF

45.   Defendant denies Plaintiff's Prayer for Relief and its subparts, and denies Plaintiff is entitled to any relief or damages.

## JURY TRIAL

46.     Defendant admits Plaintiff seeks a trial by jury in this case.

## AFFIRMATIVE DEFENSES

47.     Plaintiff has failed to mitigate damages, if any.

48.     Plaintiff's damages, if any, are the result of preexisting conditions not caused nor exacerbated by Defendant.

49.     Plaintiff proximately caused his own damages, if any.

50.     Plaintiff's damages, if any, are the result of actions by third parties not under the control of Defendant.

51.     Any violation of the FDCPA, if one occurred, is the result of a bona fide error notwithstanding procedures reasonably adapted to avoid such an error.

Dated: April 18, 2019

Respectfully submitted,

/s/ PATRICK A. WATTS
Patrick A. Watts
MO State Bar No. 61701
Malone and Martin, PLLC
212 S. Bemiston Ave., Ste. 200
St. Louis, MO 63105
pwatts@mamlaw.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on April 18, 2019, the foregoing was filed electronically with the Clerk of the Court and served by operation of the Court's electronic filing system to the following counsel of record:

David S. Klain
Kristen C. Wasieleski
CONSUMER LAW PARTNERS, LLC
333 N. Michigan Ave.
Suite 1300
Chicago, IL 60601
(267) 422-1000
Fax: (267) 422-2000
davidklain@aol.com
kristen.w@consumerlawpartners.com

               */s/ Patrick Watts*